# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lafferty, William J. | Bankruptcy Court, Northern District of California | 10/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge---Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1300 Clay Street, Room 220
Oakland, CA 94612

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 (Assets Listed in Part VII) |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investment Funds, 01-09 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | Family Trust |
| 2. | 3/1/98 | Filer and Howard Rice et al. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Certified Bankruptcy Assistant Program Professional Skills Seminar (ABJA) | October 10-11, 2019 | Spokane, WA | Presenter at Conference | Two Nights Hotel, Meals |
| 2. | 44th Annual United Trustees Association Conference | November 11, 2019 | Las Vegas, NV | Presenter at Conference | One Night Hotel, Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ally Bank | A | Interest | M | T | | | | | |
| 2. Barclays Bank | A | Interest | N | T | | | | | |
| 3. BTC Life Path 2020 F (1) | A | Dividend | K | T | | | | | |
| 4. BTC US Debt Index F | A | Dividend | K | T | Buy | 10/19/19 | K | | |
| 5. BTC US Equity Index (1) | A | Dividend | M | T | | | | | |
| 6. BTC US Equity Index (2) | A | Dividend | K | T | | | | | |
| 7. Viacom CBS | A | Dividend | J | T | | | | | See Part VIII |
| 8. Charles Schwab Bank, Deposit Account (1) | A | Interest | L | T | | | | | |
| 9. Charles Schwab Bank Deposit Account (2) | A | Interest | K | T | | | | | |
| 10. Dreyfus Appreciation Fund (IRA) CS | A | Dividend | | | Sold | 09/18/19 | K | | |
| 11. Dreyfus Growth & Income Mutual Fund | A | Int./Div. | | | Sold | 10/01/19 | J | | |
| 12. F.r Fixed Income (Permanente 2) | A | Dividend | K | T | | | | | |
| 13. F.r Fixed Income (Permanente 1) | A | Dividend | M | T | | | | | |
| 14. Howard Rice Investment Fund 01 (no control) | | None | J | U | | | | | |
| 15. Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |
| 16. Howard Rice Investment Fund 03 (no control) | | None | J | U | | | | | |
| 17. Howard Rice Investment Fund 04 (no control) | | None | J | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 19. Howard Rice Investment Fund 06 (no control) | | None | J | U | | | | | |
| 20. Howard Rice Investment Fund 07 (no control) | | None | J | U | | | | | |
| 21. Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 22. Howard Rice Investment Fund 09 (no control) | | None | J | U | | | | | |
| 23. KP Interest Income Fund | B | Dividend | K | T | | | | | |
| 24. NT International Fd (1) | A | Dividend | L | T | | | | | |
| 25. NT International Fd (2) | A | Dividend | K | T | | | | | |
| 26. Real Property, Orinda, CA | | None | N | W | | | | | |
| 27. Rental Property, Alameda, CA | E | Rent | O | W | | | | | |
| 28. Rental Property, Ventura, CA (1/3 interest-- shared with two sisters) | B | Rent | M | W | | | | | |
| 29. Schwab Intelligent Portfolios | A | Dividend | M | T | | | | | See Part VIII |
| 30. CHARLES SCHWAB US REIT (SCHH) | A | Dividend | K | T | | | | | See Part VIII |
| 31. ISHARES GOLD ETF (IAU) | A | Dividend | K | T | | | | | See Part VIII |
| 32. SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | K | T | | | | | See Part VIII |
| 33. SCHWAB FUNDA EMG MKTS (FNDE) | B | Dividend | K | T | | | | | See Part VIII |
| 34. SCHWAB FUNDAMENTAL INL (FNDF) | B | Dividend | L | T | | | | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lafferty, William J.** | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB FUNDAMENTAL INTL (FNDC) | B | Dividend | K | T | | | | | See Part VIII |
| 36. SCHWAB FUNDAMENTAL US (FNDX) | B | Dividend | M | T | | | | | See Part VIII |
| 37. SCHWAB FUNDAMENTAL US (FNDA) | A | Dividend | L | T | | | | | See Part VIII |
| 38. SCHWAB INTERMEDIATE TERM (SCHR) | C | Dividend | L | T | | | | | See Part VIII |
| 39. SCHWAB INTERNATIONAL (SCHF) | B | Dividend | K | T | | | | | See Part VIII |
| 40. SCHWAB INTERNATIONAL SMALL (SCHC) | A | Dividend | K | T | | | | | See Part VIII |
| 41. SCHWAB US LARGE CAP ETF (SCHX) | B | Dividend | L | T | | | | | See Part VIII |
| 42. SCHWAB US SMALL CAP ETF (SCHA) | B | Dividend | K | T | | | | | See Part VIII |
| 43. SCHWAB US TIPS ETF (SCHP) | B | Dividend | L | T | | | | | See Part VIII |
| 44. SPDR PORTFOLIO (SPIB) | A | Dividend | J | T | | | | | See Part VIII |
| 45. VANECK VECTORS J.P. (EMLC) | B | Dividend | K | T | | | | | See Part VIII |
| 46. VANGUARD GLBAL EX US (VNQ1) | B | Dividend | K | T | | | | | See Part VIII |
| 47. VANGUARD MORTGAGE BACKED (VMBS) | B | Dividend | L | T | | | | | See Part VIII |
| 48. XTRACKERS USD HIGH YLD (HYLB) | C | Dividend | K | T | | | | | See Part VIII |
| 49. Schwab (S&P 500 Index), SWPPX | B | Dividend | L | T | | | | | |
| 50. Schwab SCHG | B | Dividend | K | T | | | | | |
| 51. Schwab SWVXX | A | Dividend | K | T | Sold (part) | 12/19/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab, Vanguard Total Intl Stock Index Fund, VTIAX (IRA) | A | Dividend | J | T | | | | | See Part VIII |
| 53. Schwab, Vanguard Total Stock Market Index Fund, VTSAX (IRA) | A | Dividend | K | T | | | | | See Part VIII |
| 54. TPMG Aggressive Fund (1) | A | Dividend | K | T | | | | | |
| 55. TPMG Conservative Fund (2) | A | Dividend | J | T | | | | | |
| 56. TPMG Agressive Fund (2) | A | Dividend | J | T | | | | | |
| 57. TRP Cap Preservation | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 58. Vanguard PrimeCap Fund ADM (2) | A | Dividend | O | T | | | | | |
| 59. Vanguard Stable Income Fund | D | Dividend | M | T | | | | | |
| 60. Vanguard Total Bond Mkt 1x Tr | A | Dividend | K | T | | | | | |
| 61. Vanguard Total Bond Mkt 1x 1st Plus | A | Dividend | L | T | | | | | |
| 62. Vanguard Wellington Fund, ADM (1) | A | Dividend | L | T | | | | | |
| 63. Vanguard Wellington Fund, ADM (2) | A | Dividend | N | T | | | | | |
| 64. Vanguard 1st Tt St. Mk Idx 1st Plus | A | Dividend | N | T | | | | | |
| 65. Vanguard Tt St. Mkt Idx Tr | A | Dividend | N | T | | | | | |
| 66. 3M Company (MMM) | B | Dividend | L | T | Sold (part) | 01/29/19 | J | B | |
| 67. | | | | | Buy (add'l) | 12/03/19 | K | | |
| 68. AES Corporation (AES) | A | Dividend | K | T | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lafferty, William J.** | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/26/19 | K | D | |
| 70. Accelerate Diagnostics, Inc. (AXDX) | | None | K | T | Buy (add'l) | 11/26/19 | K | | |
| 71. | | | | | Sold (part) | 02/01/19 | J | A | |
| 72. Activision Blizzard (ATVI) | | None | K | T | | | | | |
| 73. Adidas Salomon AF ADR (ADDYY) | | None | | | Sold | 09/10/19 | K | C | |
| 74. Adobe Systems Inc. (ADBE) | | None | L | T | Sold (part) | 04/15/19 | K | A | |
| 75. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 76. Alcon, Inc. (ALC) | | None | J | T | Spinoff (from line 164) | 04/08/19 | J | | |
| 77. Alibaba Group Hldg Ltd Spon ADR (BABA) | | None | K | T | | | | | |
| 78. Allergan plc. (AGN) | A | Dividend | J | T | | | | | |
| 79. Alphabet Inc. Class A (GOOGL) | | None | K | T | Sold (part) | 07/30/19 | J | D | |
| 80. Alphabet Inc. Class C (GOOG) | | None | | | Sold | 11/19/19 | K | D | |
| 81. Altria Group Inc. (MO) | A | Dividend | J | T | | | | | |
| 82. Amazon.com Inc. (AMZN) | | None | K | T | Sold (part) | 03/22/19 | K | B | |
| 83. Amgen Inc. (AMGN) | B | Dividend | K | T | Sold (part) | 11/22/19 | K | D | |
| 84. Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |
| 85. Archer Daniels Midland (ADM) | A | Dividend | K | T | Buy (add'l) | 08/16/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Australia & NZ Bank (ANZBY) | A | Dividend | J | T | | | | | |
| 87.  Automatic Data Processing Inc. (ADP) | A | Dividend | J | T | Sold (part) | 08/02/19 | K | D | |
| 88.  BHP Billiton Limited (BHP) | C | Dividend | K | T | Sold (part) | 07/02/19 | K | D | |
| 89.  BNY Mellon Growth & Income Fund | C | Dividend | J | T | | | | | See Part VIII |
| 90.  Boeing Company (BA) | A | Dividend | J | T | Buy | 10/29/19 | K | | |
| 91.  | | | | | Sold (part) | 03/01/19 | J | B | |
| 92.  Bristol-Myers Squibb Co. | A | Dividend | K | T | | | | | See Part VIII |
| 93.  Bristol-Myers Squibb Co. RIGHTS | | None | J | T | | | | | See Part VIII |
| 94.  Broadcom Limited (AVGO) | A | Dividend | K | T | Buy | 12/30/19 | K | | |
| 95.  | | | | | Sold (part) | 03/07/19 | J | A | |
| 96.  CDK Global, Inc. (CDK) | A | Dividend | J | T | | | | | |
| 97.  CVS Health Corporation (CVS) | A | Dividend | J | T | | | | | |
| 98.  Callon Petroleum (CPE) | | None | K | T | | | | | See Part VIII |
| 99.  Carrizo Oil & Gas Inc. (CRZO) | | None | J | T | Buy (add'l) | 07/31/19 | K | | See Part VIII |
| 100. | | | | | Sold (part) | 12/16/19 | J | A | |
| 101. Celgene Corp. (CELG) | | None | | | Buy (add'l) | 01/07/19 | K | | See Part VIII |
| 102. | | | | | Sold | 11/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Chevron Corp. (CVX) | A | Dividend | K | T | Sold (part) | 04/09/19 | J | A | |
| 104. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 105.  Chipotle Mexican Grill (CMG) | | None | | | Sold | 03/28/19 | K | A | |
| 106.  Chubb Limited (CB) | A | Dividend | J | T | | | | | |
| 107.  Church & Dwight Co. (CHD) | A | Dividend | K | T | Sold (part) | 08/30/19 | K | E | |
| 108.  Cloudera Inc. (CLDR) | | None | K | T | Buy | 12/06/19 | J | | |
| 109. | | | | | Sold (part) | 07/16/19 | J | A | |
| 110.  Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 111.  Columbia Large Cap Core (NMIMX) | | None | L | T | | | | | |
| 112.  Costco Wholesale Corp (COST) | A | Dividend | | | Sold | 09/20/19 | J | D | |
| 113.  Cree Inc. (CREE) | | None | K | T | Sold (part) | 04/24/19 | L | E | |
| 114.  Cross Timbers Royalty (CRT) | A | Dividend | J | T | | | | | |
| 115.  DFA International Equity (DFIEX) | B | Dividend | L | T | Buy (add'l) | 12/16/19 | J | | |
| 116.  DFA US Large Cap (DFLVX) | C | Dividend | M | T | Buy (add'l) | 12/17/19 | J | | |
| 117.  Emerson Electric Co. (EMR) | A | Dividend | K | T | Sold (part) | 11/01/19 | J | A | |
| 118.  Energy Transfer Equity (ETE) | B | Dividend | K | T | | | | | |
| 119.  Engility Holdings, Inc. (EGL) | | None | | | Merged (with line 180) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lafferty, William J.** | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  EverQuote Inc. (EVER) | | None | J | T | Buy | 04/08/19 | J | | |
| 121. | | | | | Sold<br>(part) | 12/05/19 | K | D | |
| 122.  Exxon Mobil Corporation (XOM) | A | Dividend | | | Sold | 04/09/19 | J | B | |
| 123.  Fidelity National Info Srv (FIS) | A | Dividend | K | T | Sold<br>(part) | 11/01/19 | J | C | |
| 124.  Garrett Motion Inc. (GTX) | | None | K | T | Buy<br>(add'l) | 12/10/19 | K | | |
| 125.  Generac Holdings Inc. (GNRC) | | None | | | Sold | 10/07/19 | L | E | |
| 126.  General Electric Company (GE) | A | Dividend | J | T | Sold<br>(part) | 01/29/19 | J | A | |
| 127.  Gentex Corporation (GNTX) | A | Dividend | K | T | Sold<br>(part) | 09/17/19 | K | D | |
| 128.  Gilead Sciences Inc. (GILD) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 129.  Honeywell Intl Inc (HON) | A | Dividend | K | T | Buy<br>(add'l) | 08/19/19 | K | | |
| 130. | | | | | Sold<br>(part) | 04/29/19 | J | B | |
| 131.  Hortonworks, Inc. (HDP) | | None | | | Sold | 01/03/19 | J | A | |
| 132.  Hudson Pacific Properties, Inc (HPP) | A | Dividend | | | Sold | 11/08/19 | J | B | |
| 133.  Illumina Inc (ILMN) | | None | M | T | Sold<br>(part) | 07/05/19 | K | E | |
| 134.  Intel Corporation (INTC) | A | Dividend | K | T | Sold<br>(part) | 10/31/19 | K | E | |
| 135. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 136.  International Flavors&Frag. (IFF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lafferty, William J.** | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Intuit Inc. (INTU) | A | Dividend | L | T | Sold<br>(part) | 03/22/19 | J | D | |
| 138.  JD.com, Inc. (JD) | | None | | | Sold | 03/05/19 | J | A | |
| 139.  JM Smucker Co. (SJM) | A | Dividend | K | T | Buy<br>(add'l) | 12/30/19 | J | | |
| 140.  Johnson & Johnson (JNJ) | B | Dividend | L | T | Sold<br>(part) | 04/02/19 | K | A | |
| 141. | | | | | Buy<br>(add'l) | 01/24/19 | J | | |
| 142.  Keysight Technologies Inc. (KEYS) | | None | J | T | Buy | 12/27/19 | J | | |
| 143.  Kinder Morgan Inc cl P (KMI) | A | Dividend | J | T | | | | | |
| 144.  L3Harris Technologies (LHX) | A | Dividend | K | T | Buy | 12/27/19 | K | | |
| 145. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 146.  Lockheed Martin Corp. (LMT) | A | Dividend | K | T | Sold<br>(part) | 09/17/19 | K | C | |
| 147.  Lowes Companies Inc. (LOW) | B | Dividend | L | T | Sold<br>(part) | 09/10/19 | K | E | |
| 148.  MPLX LP (MPLX) | D | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 149. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 150.  Martin Marietta Materials Inc (MLM) | A | Dividend | K | T | | | | | |
| 151.  Merck & Co. Inc. (MRK) | A | Dividend | K | T | Buy | 11/05/19 | K | | |
| 152.  Microsoft Corporation (MSFT) | B | Dividend | L | T | Sold<br>(part) | 12/31/19 | L | F | |
| 153.  Mondelez International Inc. (MDLZ) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  National Grid PLC Spon ADR (NGG) | C | Dividend | K | T | Sold (part) | 03/14/19 | J | A | |
| 155.  Nationwide Dynamic US Grth Fd Eagle | | None | J | T | | | | | See Part VIII |
| 156.  Neogen Corporation NEOG) | | None | K | T | | | | | |
| 157.  Nektar Therapeutics (NKTR) | | None | J | T | Buy | 03/05/19 | J | | |
| 158. | | | | | Sold (part) | 07/16/19 | J | A | |
| 159.  Netflix Inc. (NFLX) | | None | | | Sold | 10/18/19 | L | D | |
| 160.  NextEra Energy, Inc. (NEE) | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 161.  Nokia Corp (NOK) | A | Dividend | K | T | Sold (part) | 12/03/19 | J | A | |
| 162. | | | | | Buy (add'l) | 12/20/19 | K | | |
| 163.  Norfolk Southern Corp. (NSC) | A | Dividend | J | T | Sold (part) | 11/06/19 | J | D | |
| 164.  Novartis AG (NVS) | A | Dividend | K | T | Sold (part) | 11/19/19 | J | B | |
| 165.  Novo-Nordisk A/S (NVO) | B | Dividend | K | T | Sold (part) | 01/08/19 | J | A | |
| 166.  Nucor Corporation (NUE) | A | Dividend | | | Sold | 03/01/19 | K | A | |
| 167.  Nutrien Ltd. (NTR) | B | Dividend | K | T | Sold (part) | 08/02/19 | J | A | |
| 168.  Opko Health Inc. (OPK) | | None | | | Sold | 03/13/19 | J | A | |
| 169.  Oracle Corporation (ORCL) | A | Dividend | K | T | Sold (part) | 03/21/19 | K | A | |
| 170.  Philip Morris Intl (PM) | B | Dividend | K | T | Sold (part) | 01/08/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Pioneer Natural Resources (PXD) | A | Dividend | K | T | Sold<br>(part) | 04/01/19 | J | A | |
| 172.  Principal Financial Group (PFG) | B | Dividend | K | T | | | | | |
| 173.  Qualcomm Inc. (QCOM) | B | Dividend | K | T | Sold<br>(part) | 11/07/19 | K | D | |
| 174.  Resideo Technologies, Inc. (REZI) | | None | J | T | Buy<br>(add'l) | 11/20/19 | K | | |
| 175. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 176.  Roche Holdings Ltd (RHHBY) | A | Dividend | J | T | Sold<br>(part) | 11/20/19 | K | D | |
| 177.  Sabine Royalty Trust (SBR) | C | Dividend | L | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 178. | | | | | Sold<br>(part) | 12/20/19 | K | B | |
| 179.  Schwab Bank Account Cash Equivalent | A | Interest | L | T | Open | | | | See Part VIII |
| 180.  Science Applications Intl. Corp. (SAIC) | A | Dividend | J | T | Sold<br>(part) | 01/14/19 | J | | |
| 181.  Seattle Genetics, Inc. (SGEN) | | None | | | Sold | 01/17/19 | J | C | |
| 182.  Service Now (NOW) | | None | J | T | Buy | 12/12/19 | J | | |
| 183.  South32 Limited (SOUHY) | A | Dividend | J | T | | | | | |
| 184.  SPDR Gold Shares ETF (GLD) | | None | K | T | | | | | |
| 185.  Square, Inc. CI A (SQ) | | None | K | T | Sold<br>(part) | 08/02/19 | K | C | |
| 186. | | | | | Buy<br>(add'l) | 08/06/19 | K | | |
| 187.  T Rowe Price Group Inc (TROW) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Taiwan Semiconductor (TSM) | B | Dividend | K | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 189. | | | | | Sold<br>(part) | 12/18/19 | K | D | |
| 190. Tencent Hldgs Ltd ADR (TCEHY) | | None | K | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 191. The Kraft Heinz Company (KHC) | A | Dividend | J | T | | | | | |
| 192. Union Pacific Corp. (UNP) | A | Dividend | J | T | Sold<br>(part) | 08/02/19 | J | D | |
| 193. United Technologies Corp. (UTX) | A | Dividend | | | Buy<br>(add'l) | 01/03/19 | J | | |
| 194. | | | | | Sold | 04/03/19 | J | B | |
| 195. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 196. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Sold<br>(part) | 01/23/19 | J | A | |
| 197. Vanguard S&P Mid-Cap 400 ETF (IVOO) | A | Dividend | K | T | Buy | 10/03/19 | K | | |
| 198. Vanguard Total Mkt ETF (VTI) | A | Dividend | K | T | Sold<br>(part) | 09/20/19 | K | B | |
| 199. Vanguard Total Stk Mkt Index Fd (VTSMX) | A | Dividend | J | T | | | | | See Part VIII |
| 200. Vanguard Total Stk Mkt Ind Fd Admiral (VTSAX) | A | Dividend | L | T | | | | | See Part VIII |
| 201. W.R. Berkley Corp. (WRB) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | K | D | |
| 202. Walt Disney Company (DIS) | A | Dividend | K | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 203. Wayfair Inc. Class A (W) | | None | J | T | Buy | 08/27/19 | J | | |
| 204. Westinghouse Air Brake Tech Corp. | A | Dividend | J | T | Spinoff<br>(from line 126) | 02/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Williams Companies Inc. (WMB) | B | Dividend | K | T | Sold (part) | 02/01/19 | J | A | |
| 206. Wright Medical Group N.V. (WMGI) | | None | J | T | Sold (part) | 10/31/19 | J | C | |
| 207. XPO Logistics, Inc. (XPO) | | None | J | T | Sold (part) | 07/16/19 | K | A | |
| 208. Xilinx Inc. (XLNX) | A | Dividend | K | T | Sold (part) | 03/05/19 | K | E | |
| 209. | | | | | Buy (add'l) | 11/01/19 | K | | |
| 210. iRobot (IRBT) | | None | J | T | Buy | 12/17/19 | J | | |
| 211. US Treas Bill due 03/07/19 | A | Interest | | | Sold | 03/07/19 | M | A | |
| 212. US Treas Bill due 03/14/19 | C | Interest | | | Buy (add'l) | 02/01/19 | M | | |
| 213. | | | | | Sold | 03/14/19 | O | C | |
| 214. US Treas Bill due 04/04/19 | A | Interest | | | Buy | 01/22/19 | J | | |
| 215. | | | | | Sold | 04/04/19 | J | A | |
| 216. US Treas Bill due 4/25/19 | A | Interest | | | Buy | 02/26/19 | L | | |
| 217. | | | | | Sold | 04/25/19 | L | A | |
| 218. US Treas Bill due 6/6/19 | D | Interest | | | Buy | 04/26/19 | P1 | | |
| 219. | | | | | Sold | 06/06/19 | P1 | D | |
| 220. US Treasury Bill due 6/13/19 | A | Interest | | | Buy | 05/07/19 | J | | |
| 221. | | | | | Sold | 06/13/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 10/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  US Treasury Bill due 07/05/19 | A | Interest | | | Buy | 04/16/19 | J | | |
| 223. | | | | | Sold | 07/05/19 | J | A | |
| 224.  US Treasury Bill due 11/14/19 | E | Interest | | | Buy | 09/16/19 | P1 | | |
| 225. | | | | | Sold | 11/14/19 | P1 | E | |
| 226.  US Treasury Bill due 12/26/19 | A | Interest | | | Buy | 09/25/19 | K | | |
| 227. | | | | | Sold | 12/26/19 | K | A | |
| 228.  US Treasury Bill due 02/13/20 | A | Interest | | | Buy | 11/27/19 | P1 | | |
| 229. | | | | | Sold | 12/16/19 | K | A | |
| 230.  US Treasury Bill due 02/20/20 | A | Interest | K | T | Buy | 11/26/19 | K | | |
| 231.  US Treasury Bill due 02/27/20 | A | Interest | K | T | Buy | 12/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In Part VII, line 7, NAME CHANGE from CBS Corp., Common Stock to Viacom CBS.

2. In Part VII, line 29, Schwab Intelligent Portfolio is an investment account that is managed via a Robo-Advisor that monitors and automatically rebalances a diversified portfolio based on the account owner's goals. In Part VII, lines 30-48 assets are subparts of the Schwab Intelligent Portfolios. Part VII, line 29 was previously referenced incorrectly as "Schwab Intellectual Portfolio Account."

3. In Part VII, lines 30-48, the manager of the Schwab Intelligent Portfolio account retains a cash reserve as a percentage of the total value of the account, i.e. between 7%-9%.

4. In Part VII, line 52, NAME CHANGE from Schwab, Vanguard Total Intl Stock Market Index Fund, VGTSX (IRA) to Schwab, Vanguard Total Intl Stock Index Fund, VTIAX (IRA) - typographical error.

5. In Part VII, line 53, NAME CHANGE from Schwab, Vanguard Total Stock Market Index Fund VTSMX (IRA) to Schwab, Vanguard Total Stock Market Index Fund VTSAX (IRA) - typographical error.

6. In Part VII, lines 89 and 155, on 10/01/19, shares of BNY Mellon Growth & Income Fund (DGRIX) were transferred into the account. On 12/13/19, Nationwide Dynamic US Growth Fund Eagle (NWAEX) absorbed DGRIX.

7. In Part VII, lines 92, 93 and 101, on 11/20/19, Celgene (CELG) was acquired by Bristol-Myers Squibb (BMY).

8. In Part VII, lines 98 and 99, on 12/24/19, Callon Petroleum Co. (CPE) acquired Carrizo Oil & Gas (CRZO).

9. In Part VII, line 179, as of 12/31/17, the Lafferty accounts held cash in three Schwab money market funds (SWMXX, SWUXX, and SWVXX). During 2018, Schwab transferred all cash from these money market funds into Schwab Bank.
Thus as of 12/31/18, the three money market funds had zero balances. All cash balances were in Schwab Bank and remained there during 2019.

10. In Part VII, lines 199 and 200, on 07/26/19, shares of Vanguard Total Stock Mkt Index Fund (VTSMX) were exchanged for Vanguard Total Stock Mkt Index Fund Admiral (VTSAX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Lafferty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544